UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) No. CR-00-00024-RSWL ) |
| Plaintiff, | ) ORDER **GRANTING** Defendant's ) Motion to Terminate ) Supervised Release ) |
| v. | ) |
| Eyal Maimon | ) |
| Defendant. | ) |

On August 26, 2008, Defendant's motion to terminate supervised release came on for regular calendar before this Court. Plaintiff, United States of America, appeared through its counsel of record, Assistant United States Attorney Kevin Rosenberg, and Defendant Eyal Maimom appeared with counsel of record, Ronald Richards.

The Court having reviewed all papers submitted and considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

    Good cause having been shown, Defendant's motion is **GRANTED.**

**IT IS SO ORDERED.**

*RONALD S.W. LEW*
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATE: August 26, 2008